IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNY CALIHAN,

        Plaintiff,                    1: 09 CV 01373 YNP GSA (PC)

    vs.                                ORDER

D. ADAMS, et al.,

        Defendants.

      Plaintiff has filed a document styled as a request to dismiss this action on his own motion. Plaintiff is advised that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), he may dismiss this action on his own motion, so long as a responsive pleading has not been filed. There has been no service of process, and no defendant has entered an appearance.

      Plaintiff also seeks to be relieved of the obligation to pay the filing fee if he dismisses this action. Plaintiff is advised that pursuant to 28 U.S.C. § 1914, he is liable for the filing fee upon the filing of this action. There is no provision for relief from this obligation once an action has been dismissed. Pursuant to § 1914(b), the court will continue to collect the filing fee from Plaintiff's inmate trust account, regardless of whether this action is dismissed.

      Should Plaintiff desire to dismiss this action on his own motion, he should inform the court. Plaintiff is cautioned, however, that he will still be responsible for the filing fee. Should

Plaintiff fail to further advise the court of his intentions, this action will proceed on the complaint filed on August 6, 2009.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file with the court, within thirty days of the date of service of this order, a statement of his intention regarding his willingness to proceed with this action.

IT IS SO ORDERED.

Dated:   **December 30, 2009**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2