# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNY CALIHAN, | | CASE NO. 1:09-cv-01373-YNP PC |
| | Plaintiff, | ORDER RE MOTIONS |
| v. | | (Doc. 11, 12, 13, 14) |
| D. ADAMS, et al., | | |
| | Defendants. / | |

Plaintiff Kenny Calihan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court are four of Plaintiff's motions. On August 26, 2009, Plaintiff filed a motion requesting that the Court order Defendants to furnish a copy of his trust account statement. (Doc. #12.) On August 27, 2009, Plaintiff filed a motion for a temporary restraining order because Defendant Castro threatened to retaliate against Plaintiff for this lawsuit. (Doc. #11.) On August 28, 2009, Plaintiff filed a motion for a temporary restraining order requesting that the Court require prison officials to deliver Plaintiff his mail without delay. (Doc. #13.) On August 31, 2009, Plaintiff filed a motion for a temporary restraining order preventing Defendant Morrison from harassing Plaintiff. (Doc. #14.) Plaintiff has consented to jurisdiction by U.S. Magistrate Judge. (Doc. #5.)

The Court notes that Plaintiff's motion for the court to order Defendants to furnish a certified copy of Plaintiff's trust account statement appears to be moot. The Court received copies of Plaintiff's trust account statement on September 10, 2009 and September 14, 2009. (Docs. #15, 16.) Plaintiff's motion will therefore be denied as moot.

1    Defendants have not been served with Plaintiff's complaint and have not otherwise made an
2    appearance in this action.  There is no indication in Plaintiff's motion that Plaintiff has made any
3    attempt to provide Defendants with notice of his request for a temporary restraining order.  Plaintiff
4    is advised that under Federal Rule of Civil Procedure 65(b)(1)(B), a party requesting a temporary
5    restraining order without written or oral notice to the adverse party must "certify in writing any
6    efforts made to give notice and the reasons why it should not be required."  Plaintiff has not certified
7    in writing what efforts he made to give notice to Defendants or the reasons why notice should not
8    be required.  On that basis Plaintiff's motions for temporary restraining orders will be denied.

   Based on the foregoing, it is HEREBY ORDERED that:

1.  Plaintiff's August 26, 2009 motion requesting the Court to order Defendants to furnish a copy of his trust statement is DENIED as moot;

2.  Plaintiff's August 27, 2009 motion for a temporary restraining order is DENIED;

3.  Plaintiff's August 28, 2009 motion for a temporary restraining order is DENIED; and

4.  Plaintiff's August 31, 2009 motion for a temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated:   **January 8, 2010**           **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE