# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY CALIHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>D. ADAMS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO.   1:09-cv-1373-MJS<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION SEEKING TO HAVE DEFENDANTS SERVED WITH THE ORIGINAL COMPLAINT<br><br>(ECF No. 29) |

Plaintiff Kenny Calihan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion Seeking to have Defendants Served with the Original Complaint [ECF No. 29.] In his Motion Plaintiff states that he does not want to amend his complaint and wants the Court to order service on any Defendant against whom a claim is stated.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).  To the extent that Plaintiff's Motion seeks to have the Court screen his original Complaint and strike his request to amend his Complaint, the instant Motion is GRANTED.  Plaintiff is not expected to file an amended complaint unless and until he seeks permission from the Court to do so.

1  However, to the extent that Plaintiff seeks to have his Complaint served
2  immediately, the instant Motion is DENIED.  The Court will direct the United States Marshal
3  to serve Plaintiff's Complaint only after the Court has screened the Complaint and
4  determined that it contains cognizable claims for relief against the named Defendants.
5  Plaintiff's August 6, 2009 Complaint is in line to be screened, but the Court has a large
6  number of prisoner civil rights cases pending before it.  Plaintiff's complaint will be
7  screened in due course.

8  Accordingly, Plaintiff's Motion Seeking to Have Defendants Served with the Original
9  Complaint is GRANTED in part and DENIED in part.

11  IT IS SO ORDERED.
12  Dated:   July 26, 2010                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE