UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNY CALIHAN, | ) | CASE NO.   1:09-cv-1373-MJS (PC) |
| Plaintiff, | ) ) | ORDER RETURNING DOCUMENTS SUBMITTED WITH DECLARATION |
| v. | ) | (ECF No. 31) |
| D. ADAMS, et al., | ) | |
| Defendants. | ) | |
| _____/ | | |

Plaintiff Kenny Calihan ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2010, Plaintiff submitted a declaration with a number of "exhibits" attached. (ECF No. 31.) He alleges that these exhibits support his claims currently pending before the Court.

Plaintiff is advised that the Court cannot serve as a repository for the parties' evidence. At this stage in the litigation, the Court must presume that all plausible allegations contained in Plaintiff's Complaint are true. See Warshaw v. Xoma Corp., 74 F.3d 955, 597 (9th Cir. 1996). Thus, no documentation is needed to support Plaintiff's allegations. If Plaintiff desires to amend his complaint to include information contained in the materials attached to his declaration, he may do so without leave of the Court. See Fed. R. Civ. Proc. 15(a)(1) ("A party may amend its pleading once as a matter of course.")

As explained in the Court's First Informational Order, the parties may not file evidence with the Court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court).

1  (ECF No. 3.) Plaintiff was previously informed that improperly submitted evidence would
2  be returned. (Id.)
3       Accordingly, the Clerk of Court is directed to return the declaration and supporting
4  documents to Plaintiff if they have not already been discarded.
5
6  IT IS SO ORDERED.
7  Dated:    August 11, 2010              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE