1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KENNY CALIHAN,                                    1:09-cv-1373-LJO-MJS (PC)

        Plaintiff,
                                                  VOLUNTARY DISMISSAL OF ACTION
    v.

D. ADAMS, et al.,                                 (ECF No. 55)

        Defendants.
                                                  CLERK SHALL CLOSE CASE
_____/

      Plaintiff Kenny Calihan ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

      This action was initiated August 6, 2009.  (ECF No. 1.)  On December 30, 2011, Plaintiff filed a note with the Court asking that his Complaint be voluntarily dismissed.  (ECF No. 55.)

      Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.  Plaintiff's note requesting dismissal of his Complaint is read as a notice of dismissal.

      Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///

1     The Clerk shall CLOSE this case.

2

3

4  IT IS SO ORDERED.

5  Dated:   January 4, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28