UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY CALIHAN, | 1:09-cv-1373-LJO-MJS (PC) |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| v. | |
| D. ADAMS, et al., | (ECF No. 55) |
| Defendants. | CLERK SHALL CLOSE CASE |

Plaintiff Kenny Calihan ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated August 6, 2009. (ECF No. 1.) On December 30, 2011, Plaintiff filed a note with the Court asking that his Complaint be voluntarily dismissed. (ECF No. 55.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's note requesting dismissal of his Complaint is read as a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///

-1-

1  The Clerk shall CLOSE this case.

4  IT IS SO ORDERED.

5  Dated:     January 4, 2012            /s/ *Michael J. Seng*
   UNITED STATES MAGISTRATE JUDGE